UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　CASE NO. 07-63882-TJT
JILL FAITH MURRAY　　　　　　　　　　CHAPTER 13 PROCEEDINGS
　　　　　　　　　　　　　　　　　　　HON. THOMAS J. TUCKER
　　　　　　　Debtor

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JILL FAITH MURRAY<br>3731 AUDREY RAE LANE<br>APT. 204<br>HOWELL, MI 48197-0000<br>SSN: XXX-XX-1198 | N/A | N/A | DEBTOR REFUND | 1354495 | 3/15/11 | $ 157.98 |

DATED: March 18, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0763882 00000 01741 1354495
CLERK OF US BANKRUPTCY COURT
& DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

| Date: 03/15/2011 | | | | Check No: 1354495 |
|---|---|---|---|---|
| Payee: CLERK OF US BANKRUPTCY COURT | | | | |
| 0763882  JILL FAITH MURRAY | | | 157.98 | 0.00  157.98 |
| ACCT: | CLAIM: 00000  TYPE: | Balance: | 0.00 | |

---

| TAMMY L. TERRY  TRUSTEE | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  535 Griswold St, Ste 111-615  Detroit, MI 48226  (313)967-9857 | 64-79  611 | CHECK NO. 1354495  SunTrust Bank |
|---|---|---|---|

FOR  JILL FAITH MURRAY
BK:0763882  ACCT:
PRIN:  157.98  INT:  0.00

PAY  **157.98**
One Hundred Fifty-Seven And 98 / 100 Dollars

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

DATE  Mar 15, 2011
AMOUNT
********157.98

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $157.98
VOID 90 DAYS AFTER DATE

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>JILL FAITH MURRAY | CASE NO. 07-63882-TJT<br>CHAPTER 13 PROCEEDINGS<br>HON. THOMAS J. TUCKER |

Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**DAVID GOLDSTEIN**
**2010 HOGBACK RD #2**
**ANN ARBOR, MI 48105**

**Last Known Address for Debtor:**

**JILL FAITH MURRAY**
**3731 AUDREY RAE LANE**
**APT. 204**
**HOWELL, MI 48197**

DATED: March 18, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226